**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

## IN THE UNITED STATES DISTRICT COURT

NOV 2 8 2018

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL No. 18-3904 MV |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1112(a) and (b), 7 and 13: |
| | ) | Involuntary Manslaughter. |
| **JOSEPH BACA**, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about December 4, 2013, on the Kirtland Air Force Base, in the District of New

Mexico, a place within the special maritime and territorial jurisdiction of the United States, the

defendant, **JOSEPH BACA**, did unlawfully kill J.H., while in the commission of an unlawful

act not amounting to a felony, including failing to stop his vehicle at a designated stop sign in

violation of N.M. STAT. ANN., 66-7-345 C (1978), and his actions resulted in the death

of J.H.

In violation of 18 U.S.C. §§ 1112(a) and (b), 7, and 13.

A TRUE BILL:

/s/ _____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____ 11/27/2018